AO 91 (Rev. 11/11)  Criminal Complaint

*FILED*

## UNITED STATES DISTRICT COURT

for the

Western District of Texas

JUL 17 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Luis Garcia | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

EP-19-M-7319-RFC

*Defendant(s)*

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____7/16/2019_____ in the county of _____El Paso_____ in the
___Western___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952(a) | Importation of controlled substances, to wit: 500 grams or more of methamphetamine |

This criminal complaint is based on these facts:
See attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon Edward Hagar, FBI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/17/19

_____
*Judge's signature*

City and state:        El Paso, Texas

Robert F. Castaneda, US Magistrate Judge
_____
*Printed name and title*



Oath Telephonically Sworn
At ____:____ PM
Fed.R.Crim.P.4.1(b)(2)(A)

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. EP- |
| LUIS GARCIA | ) |
| | ) |

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Brandon Edward Hagar, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

Your affiant is a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and has been since February 2019. Your affiant is currently assigned to the El Paso Division of the FBI, where affiant has been involved in a wide variety of investigative matters. During affiant's employment with the FBI, affiant received five months of academic and practical training at the FBI Academy in handling criminal investigations. Prior to becoming an FBI SA, affiant was an FBI Intelligence Analyst from June 2017 through September 2018. Prior to joining the FBI, affiant was an Evidence Specialist with the Winston-Salem Police Department in Winston-Salem, North Carolina.

Your affiant further states this affidavit is based on his personal participation and knowledge of the investigation; knowledge obtained from other law enforcement personnel; review of documents related to this investigation; communications with other individuals who have personal knowledge of the events and circumstances described herein; and information gained through training and experience. This affidavit is provided for the limited purposes of establishing probable cause to support the attached criminal complaint, and therefore does not contain each and every detail of the investigation.

Further your affiant states as follows:

## PURPOSE OF THE AFFIDAVIT

1.     On July 16, 2019, at approximately 3:47 p.m., LUIS GARCIA ("GARCIA") attempted to enter the United States at the Ysleta Port of Entry in El Paso, Texas, in the Western District of Texas.

2.     U.S Customs and Border Protection ("CBP") Officer ("CBPO") SERGIO GONZALEZ ("CBPO GONZALEZ"), in conjunction with a CBP Canine, encountered GARCIA and the CBP Canine alerted to GARCIA for the presence of narcotics.

3.     CBPO GONZALEZ and CBPO HUGO A. PEREZ questioned GARCIA if he was transporting any narcotics to which GARCIA gave a negative declaration. GARCIA was escorted to Passport Control Secondary ("PCS") for further inspection.

4.     In PCS, CBPO GONZALEZ conducted an immediate pat down for weapons and felt an object under GARCIA's groin area. Upon further inspection, CBPOs discovered a white bundle wrapped in clear plastic suspected to be illegal drugs under GARCIA's underwear, held in place with black electrical tape.

5.     On July 16, 2019, at approximately 5:41 p.m., Supervisory CBPO RAUL VILLANUEVA JR. and CBPO R. VELASQUEZ conducted a presumptive test of the suspected narcotics using a "Thermo Scientific Gemini" testing device. The device registered a positive match for methamphetamine. The bundle of suspected illegal drugs weighed approximately 1.55 lbs., according the CBPOs.

6.     CBPOs contacted FBI SA Daniel Trick and SA Gary Bourland, who took custody of GARCIA and the suspected illegal drugs. GARCIA was transported to the El Paso Federal Justice Center ("EPFJC"), located at 660 South Mesa Hills Drive, El Paso, Texas 79912, for processing.

7.     On July 16, 2019, GARCIA was interviewed at approximately 11:15 p.m. at the EPFJC. During the interview, GARCIA admitted that he agreed with others to smuggle methamphetamine into the United States.

Based on the aforementioned facts and circumstances, your affiant believes probable cause exists that LUIS GARCIA violated Title 21, United States Code, Section 952(a) – Importation of controlled substances, to wit: 500 grams or more of methamphetamine.

FURTHER THE AFFIANT SAYETH NOT.

Brandon Edward Hagar

Special Agent

Federal Bureau of Investigation

Subscribed and sworn to me this 17th date of July, 2019.

_____

Robert F. Castaneda

United States Magistrate Judge